UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Sally Bastawros v. Bayer Corporation, et al.* | No. 10-cv-12870-DRH |
| *Laurie Hodge v. Bayer Corporation, et al.* | No. 10-cv-12860-DRH |
| *Lisa Marie Pitman v. Bayer Corporation, et al.* | No. 10-cv-12871-DRH |
| *Holland Werry v. Bayer Corporation, et al.* | No. 10-cv-12873-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 30, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
　　　　Deputy Clerk

**Dated:** June 3, 2014

Digitally signed by David R. Herndon
Date: 2014.06.03 12:28:45 -05'00'

**APPROVED:**
　　CHIEF JUDGE
　　U. S. DISTRICT COURT